IN RE: **Jeanette S. Miller**                                        Case No. **10-61088**

        Debtor(s)                                        Chapter 13 Proceeding

## ☐ *AMENDED*   ☐ *MODIFIED*
## DEBTOR(S)' CHAPTER 13 PLAN
## AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE

*Creditors are hereby notified that the following Plan may be amended at any time before confirmation. Any amendment may affect your status as a creditor. The Debtor's estimate of how much the Plan will pay, projected payments, and estimates of the allowed claims may also change. The following information advises creditors of the status of the case based on the information known at the time of its preparation. Any special concerns of a creditor may justify attendance at the Meeting of Creditors and such other action as may be appropriate under the circumstances. More detailed information is on file at the Office of the United States Bankruptcy Clerk in El Paso or Waco, Texas. Local Bankruptcy Rules and Standing Orders on procedures are available at the Clerk's Office and online at www.txwb.uscourts.gov.*

*Use of the singular word "Debtor" in this Plan includes the plural where appropriate.*

### Plan Summary

A. The Debtor's Plan Payment will be **$329.00 Monthly**, paid by ☒ Pay Order or ☐ Direct Pay for **60 months**. The gross amount to be paid into the plan is **$19,740.00**.

B. The Plan proposes to pay all allowed priority claims in full, all secured claims to the extent of the value of the collateral or the amount of the claim, whichever amount is provided for in Section VI below, and approximately **0%** of each unsecured allowed claim.

THIS PLAN DOES NOT ALLOW CLAIMS. YOU MUST FILE A PROOF OF CLAIM BY THE APPLICABLE DEADLINE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN THAT MAY BE CONFIRMED. CREDITORS ARE REFERRED TO THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, THE LOCAL BANKRUPTCY RULES FOR THE WESTERN DISTRICT OF TEXAS, AND THE APPLICABLE STANDING ORDER RELATING TO CHAPTER 13 CASE ADMINISTRATION FOR THIS DIVISION, FOR INFORMATION ON THESE AND OTHER DEADLINES.

C. The value of the Debtor's non-exempt assets is **$0.00**.

D. If the payment of any debt is proposed to be paid directly by the Debtor outside the Plan, it is so noted in Section VI(1), set forth below.

### Plan Provisions

### I. Vesting of Estate Property

☐ Upon confirmation of the Plan, all property of the estate shall vest in the Debtor and shall not remain as property of the estate.

☒ Upon confirmation of the Plan, all property of the estate shall not vest in the Debtor, but shall remain as property of the estate.

☐ Other (describe):

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

IN RE: Jeanette S. Miller                                          Case No. 10-61088

                  Debtor(s)                                        Chapter 13 Proceeding

☐ **_AMENDED_**    ☐ **_MODIFIED_**
**DEBTOR(S)' CHAPTER 13 PLAN**
**AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE**

*Continuation Sheet # 1*

## II. Pre-Confirmation Disbursements

In accordance with the applicable Standing Order Relating to Chapter 13 Case Administration, the Debtor requests and consents to disbursement by the Chapter 13 Trustee of payments prior to confirmation of the Plan to evidence the Debtor's good faith, promote successful completion of the case, and to provide adequate protection to secured creditors. The Debtor shall remit such payments to the Trustee commencing 15 days after the filing of the petition. Provided all conditions for disbursement are met and unless otherwise ordered by the Court, the Trustee shall begin disbursing to creditors as provided below, on the first regularly scheduled disbursement after 30 days after the the petition is filed. Payments under this paragraph will cease upon confirmation of the Plan.

| Creditor/Collateral | Pre-Confirmation Payment Amount | Other Treatment Remarks |
|---|---|---|
| | | |

## III. Executory Contracts/Unexpired Leases/Contracts for Deed

Pursuant to 11 U.S.C. §1322(b)(7) of the Bankruptcy Code, the Debtor hereby elects to assume the following executory contracts, unexpired leases, and/or contracts for deed, if any:

| Creditor Name | Description of Contract | Election | In Default |
|---|---|---|---|
| AT&T | Unsecured | Assumed | No |

Pursuant to 11 U.S.C. §1322(b)(7) of the Bankruptcy Code, the Debtor hereby elects to reject the following executory contracts, unexpired leases, and/or contracts for deed, if any:

| Creditor Name | Description of Contract | Election | In Default |
|---|---|---|---|
| (None) | | | |

## IV. Motion to Value Collateral Pursuant to 11 U.S.C. § 506

The Trustee shall pay allowed secured claims, which require the filing of a proof of claim, to the extent of the value of the collateral or the amount of the claim, whichever amount is provided for in Section VI(2), hereof, plus interest thereon at the rate specified in this Plan. Except for secured claims for which provision is made to pay the full amount of the claim not withstanding the value of the collateral, the portion of any allowed claim that exceeds the value of the collateral shall be treated as an unsecured claim under Section VI(2)(F).

The Debtor(s) move(s) to value the collateral described below in the amounts indicated. The values as stated below represent the replacement values of the assets held for collateral, as required under Section 506(a)(2). Objections to valuation of collateral proposed by this Motion and Plan must be filed no later than ten (10) days prior to the confirmation hearing date. If no timely response or objection is filed, the relief requested may be granted in conjunction with confirmation of the Plan.

| Creditor / Collateral | Estimated Claim | Value of Collateral | Monthly Payment or Method of Disbursement | Interest Rate | Anticipated Total to Pay | Other Treatment/Remarks |
|---|---|---|---|---|---|---|
| Citimortgage Inc 304 Ivy Hewitt, Texas | $8,350.00 | $6,562.00 | Pro-Rata | 0% | $8,350.00 | Pay claim amount |

Form 11/7/05        *Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas - (210) 561-5300*

IN RE: Jeanette S. Miller          Case No. 10-61088

Debtor(s)          Chapter 13 Proceeding

☐ **AMENDED**    ☐ **MODIFIED**
## DEBTOR(S)' CHAPTER 13 PLAN
## AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE

Continuation Sheet # 2

---

*"I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on* **September 16, 2010** *."*

Debtor          Joint Debtor

## V. Motion to Avoid Lien Pursuant to 11 U.S.C. § 522(f)

The Bankruptcy Code allows certain liens to be avoided. If a lien is avoided, the claim will not be treated as a secured claim but as an unsecured claim under Section VI(2)(F).

The Debtor moves to avoid the following liens that impair exemptions. Objections to lien avoidance as proposed in this Plan must be filed no later than ten (10) days prior to the confirmation hearing date. If no timely objection is filed, the relief requested may be granted in conjunction with confirmation of the Plan. (Debtor must list the specific exempt property that the lien impairs and the basis of the lien--e.g., judicial lien, nonpurchase-money security interest, etc.)

| Creditor / Property subject to lien | Amount of Lien to be Avoided | Remarks |
|---|---|---|
|  |  |  |

## VI. Specific Treatment for Payment of Allowed Claims

### 1. PAYMENTS TO BE MADE BY THE DEBTOR DIRECTLY TO CREDITORS, INCLUDING POST-PETITION DOMESTIC SUPPORT OBLIGATIONS

A. Debtor(s) shall pay the following creditors directly. Creditors with claims based on a post-petition domestic support obligation ("DSO"), including all governmental units to which a DSO claim has been assigned, or is owed, or that may otherwise recover a DSO claim, MUST be paid directly. Minors should be identified by their initials only. If no DSO creditor is listed, the Debtor represents he/she has no domestic support obligation.

All direct payments listed below shall be made in addition to the Plan payments made by Debtor to the Chapter 13 Trustee as herein set forth. Secured creditors who are paid directly shall retain their liens, and the Debtor(s) shall maintain insurance on the collateral, in accordance with the terms of the documents creating the lien on the collateral.

| Creditor / Collateral, if any (including the name of each DSO creditor) | Remarks | Debt Amount | Payment Amount/Interval |
|---|---|---|---|
| Citimortgage Inc<br>304 Ivy Hewitt,Texas |  | $116,578.00 | $1,031.00 |

B. Debtor surrenders the following collateral. Confirmation of the Plan shall operate to lift the automatic stay provided by 11 U.S.C. § 362(a) with respect to the collateral listed, and any unsecured deficiency claim may be filed in accordance with the procedures set forth in the Standing Order Relating to Chapter 13 Case Administration for this Division.

| Creditor/Collateral | Collateral to Be Surrendered |
|---|---|
| Meridian Financial Svc | Time Share |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

IN RE: Jeanette S. Miller

Case No. 10-61088

Debtor(s)

Chapter 13 Proceeding

☐ **_AMENDED_**  ☐ **_MODIFIED_**
**DEBTOR(S)' CHAPTER 13 PLAN**
**AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE**

*Continuation Sheet # 3*

## 2. PAYMENTS TO BE MADE BY TRUSTEE TO CREDITORS

**A.** Administrative Expenses

Administrative Expenses shall include the Trustee's commission and debtor's attorney's fees. The Trustee shall receive up to 10% of all sums disbursed, except on any funds returned to the Debtor. No fees or expenses of counsel for the debtor(s) may be paid until the filing fee is paid in full, and any fees and expenses that are allowed in addition to the fees and expenses originally agreed to be paid, may be paid only after all prior allowed fees and expenses have been paid.

| Creditor | Estimated Amount of Debt | Payment Method: before secured creditors, after secured creditors, or along with secured | Remarks |
|---|---|---|---|
| Law Offices of Ed L Laughlin PC | $2,500.00 | "Before" | |

**B.** Priority Claims, Including Domestic Support Obligation Arrearage Claims

| Creditor | Estimated Amount of Debt | Payment Method: before secured creditors, after secured creditors, or along with secured | Remarks |
|---|---|---|---|
| | | | |

**C.** Arrearage Claims

| Creditor / Collateral | Estimated Claim | Estimated Value of Collateral | Monthly Payment or Method of Disbursement | Interest Rate | Anticipated Total to Pay | Other Treatment/Remarks |
|---|---|---|---|---|---|---|
| Citimortgage Inc<br>304 Ivy Hewitt, Texas | $8,350.00 | $6,562.00 | Pro-Rata | 0% | $8,350.00 | |

**D.** Cure Claims on Assumed Contracts, Leases, and Contracts for Deed

| Creditor/Subject Property, if any | Estimated Amount of Cure Claim | Monthly Payment or Method of Disbursement | Remarks |
|---|---|---|---|
| | | | |

E. Secured Creditors

Secured creditors shall retain their liens on the collateral that is security for their claims until the earlier of the date the underlying debt, as determined under non-bankruptcy law, has been paid in full, or the date of discharge under 11 U.S.C. § 1328. Therefore, if the debtor's case is dismissed or converted without completing of all Plan payments, the liens shall be retained by the creditors to the extent recognized by applicable non-bankruptcy law.

| Creditor/Collateral | Estimated Claim | Value of Collateral | Monthly Payment or Method of Disbursement | Interest Rate | Anticipated Total to Pay | Other Treatment/Remarks (specifically note if claim amount to be paid although greater than value of collateral) |
|---|---|---|---|---|---|---|
| Educators Credit Union<br>2003 Hyundai Santa Fe | $5,334.00 | $5,500.00 | Pro-Rata | 5.5% | $6,137.70 | |
| Hsbc/rmstr<br>Household goods | $767.00 | $767.00 | Pro-Rata | 0% | $767.00 | |

Form 11/7/05  *Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas - (210) 561-5300*

IN RE: Jeanette S. Miller          Case No. **10-61088**

Debtor(s)          Chapter 13 Proceeding

## ☐ *AMENDED*    ☐ *MODIFIED*
## DEBTOR(S)' CHAPTER 13 PLAN
## AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE

*Continuation Sheet # 4*

---

**F.** General Unsecured Creditors (including claims from rejection of contracts, leases and contracts for deed).
*Describe treatment for the class of general unsecured creditors.*

General Unsecured Creditors will receive approximately __0%__ of their allowed claims.

| Creditor | Estimated Debt | Remarks |
|---|---|---|
| AT&T | | |
| Brackenridge Hospital | | |
| Brackenridge Hospital | | |
| Calvary Portfolio Services | $6,895.00 | |
| Central Texas Urgent Care PA | | |
| Central Texas Urgent Care PA | | |
| Central Texas Urgent Care PA | | |
| Central Texas Urology | | |
| Chase | $2,855.00 | |
| Citi | $3,747.00 | |
| Citi | | |
| Citibank Usa | $917.00 | |
| Discover Fin Svcs Llc | $2,922.00 | |
| Gemb/ge Money Bank Low | $1,986.00 | |
| Gemb/jcp | $890.00 | |
| Gemb/walmart | $402.00 | |
| Hsbc Bank | $563.00 | |
| Hsbc Best Buy | $1,433.00 | |
| Hsbc/fmrw | $0.00 | |
| Lvnv Funding Llc | $4,163.00 | |
| McLennan County Tax Office | | |
| Merchants&professional | | |
| Merchants&professional | $377.00 | |
| Merchants&professional | $352.00 | |
| Mid Tex Anesthesia Associates | | |
| Mid Tex Anesthesia Associates | | |
| Patient Financial Service | | |
| Patient Financial Service | | |
| Target Nb | $1,295.00 | |
| University Mc At Brackenridge-In | | |
| Vanderbilt Mortgage | $42,872.00 | |
| Waco Gastroenterology | | |
| Waco Gastroenterology | | |
| Waco Pathology Assoc PA | | |
| Wf Fin Bank | $6,223.00 | |

IN RE: **Jeanette S. Miller**　　　　　　　　　　　　Case No. **10-61088**

　　　　　Debtor(s)　　　　　　　　　　　　　　　Chapter 13 Proceeding

## ☐ *AMENDED*　　☐ *MODIFIED*
## DEBTOR(S)' CHAPTER 13 PLAN
## AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE

*Continuation Sheet # 5*

### Totals:

| | |
|---|---:|
| Administrative Claims | $2,500.00 |
| Priority Claims | $0.00 |
| Arrearage Claims | $8,350.00 |
| Cure Claims | $0.00 |
| Secured Claims | $6,101.00 |
| Unsecured Claims | $77,892.00 |

### VII. Supplemental Plan Provisions

The following are the Supplemental Plan Provisions:
**None**

Respectfully submitted this date: **09/16/2010**　　　　　　　　.

　　　　　　　　　　　　　　　　　　　　　_/s/ Russell A. Smith_
　　　　　　　　　　　　　　　　　　　　　Russell A. Smith
　　　　　　　　　　　　　　　　　　　　　427 N 38th St.
　　　　　　　　　　　　　　　　　　　　　Waco TX 76710
　　　　　　　　　　　　　　　　　　　　　Phone: (254) 714-2500 / Fax: (254) 714-2564
　　　　　　　　　　　　　　　　　　　　　(Attorney for Debtor)

_/s/ Jeanette S. Miller_
Jeanette S. Miller
304 Ivy Lane
Hewitt, Texas 76643
(Debtor)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

IN RE: Jeanette S. Miller                                CASE NO. 10-61088
_____
           Debtor

                                                         CHAPTER 13
_____
         Joint Debtor

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on September 16, 2010, a copy of the attached Chapter 13 Plan, with any attachments, and Budget and Monthly Family Income were served on each party in interest listed below, by placing each copy in an envelope properly addressed, postage fully prepaid in compliance with Local Rule 9013 (g).

_____
Russell A. Smith
Bar ID: 18661800
Law Offices of Ed L Laughlin PC
427 N 38th St.
Waco TX 76710
(254) 714-2500

---

A F Buddy Skeen
McLennan County Tax-Assessor
P.O. Box 406
Waco, Texas 76703

Allen L.Adkins & Asst
4010 82nd St Suite 230
Lubbock Texas 79452

AT&T
P.O. Box 650553
Dallas, TX 75265

Barrett Daffin Frappier
Turner & Engel
15000 Surveyor BLVD. #100
Addison, Texas 75001

Brackenridge Hospital
xxxxxx4911
Patient Financial Services
P.O. Box 659458
San Antonio, TX 78265-9458

Brackenridge Hospital
4962
Patient Financial Services
P.O. Box 659458
San Antonio, TX 78265-9458

Calvary Portfolio Services
xxxx1999
Attention: Bankruptcy Department
PO Box 1017
Hawthorne, NY 10532

Central Texas Urgent Care PA
xx5170
STE 203
1201 hewitt Dr
Waco, Tx 76712

Central Texas Urgent Care PA
xx7908
STE 203
1201 Hewitt Dr
Waco, Tx 76712

Central Texas Urgent Care PA
xx5170
1201 Hewitt Dr #203
Waco,Texas 76712

Central Texas Urology
xxxx1787
601 W Hwy 6 Suite 105
Waco,Texas 76710

Chase
xxxxxxxx6285
Bank One Card Serv
Westerville, OH 43081

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

IN RE: Jeanette S. Miller  CASE NO. 10-61088
Debtor

CHAPTER 13

Joint Debtor

## CERTIFICATE OF SERVICE
(Continuation Sheet #1)

| | | |
|---|---|---|
| Citi<br>xxxxxxxx2856<br>Po Box 6497<br>Sioux Falls, SD 57117 | Discover Fin Svcs Llc<br>xxxxxxxx1068<br>Po Box 15316<br>Wilmington, DE 19850 | Hsbc Bank<br>xxxxxx6668<br>ATTN: BANKRUPTCY<br>PO BOX 5213<br>Carol Stream, IL 60197 |
| Citi<br>0725<br>P.O. Box 1423119<br>Irving Texas 75014-0489 | Educators Credit Union<br>xxxxxx0143<br>Po Box 20728<br>Waco, TX 76702 | Hsbc Best Buy<br>xx2107<br>Attn: Bankruptcy<br>PO Box 5263<br>Carol Stream, IL 60197 |
| Citi Bank<br>P.O . Box 183051<br>Columbus OH 43218-3051 | Equifax<br>P.O. Box 740241<br>Atlanta, GA 30374 | Hsbc/frnrw<br>xxxxxxxxxxx8621<br>Po Box 703<br>Wood Dale, IL 60191 |
| Citibank Usa<br>xxxxxxxxxxxx8852<br>Attn.: Centralized Bankruptcy<br>PO Box 20363<br>Kansas City, MO 64195 | Experian<br>Profile Maintenance<br>P.O. Box 9558<br>Allen, Texas 75013 | Hsbc/rmstr<br>xxxxxxxxxxxx0050<br>Po Box 15524<br>Wilmington, DE 19850 |
| Citimortgage Inc<br>xxxxxx1846<br>Po Box 9438<br>Gaithersburg, MD 20898 | Gemb/ge Money Bank Low<br>xxxxxxxx4521<br>Po Box 103065<br>Roswell, GA 30076 | Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114 |
| Citimortgage Inc<br>xxxxxx1846<br>Po Box 9438<br>Gaithersburg, MD 20898 | Gemb/jcp<br>xx8591<br>Attention: Bankruptcy<br>PO Box 103104<br>Roswell, GA 30076 | Internal Revenue Service<br>300 E 8th Street<br>Stop 5022 AUS<br>Austin, Texas 78701 |
| Collection Department<br>P.O. Box 100295<br>Ft Worth Texas 76185-0295 | Gemb/walmart<br>xxxxxxxx3114<br>Po Box 981400<br>El Paso, TX 79998 | Jeanette S. Miller<br>304 Ivy Lane<br>Hewitt,Texas 76643 |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

IN RE: Jeanette S. Miller                                CASE NO. 10-61088
           Debtor

                                                         CHAPTER  13
           Joint Debtor

## CERTIFICATE OF SERVICE
(Continuation Sheet #2)

| | | |
|---|---|---|
| Lvnv Funding Llc<br>xxxxxxxxxxxx8888<br>Po Box 740281<br>Houston, TX 77274 | Merchants&professional<br>xxx8246<br>11921 N Mo Pac Expy Ste<br>Austin, TX 78759 | Ray Hendren<br>3410 Far West Blvd.<br>Suite 200<br>Austin, TX 78731 |
| McLennan County Tax Office<br>PO Box 406<br>Waco, Texas 76703-0406 | Merchants&professional<br>xxx5541<br>11921 N Mo Pac Expy Ste<br>Austin, TX 78759 | Ray Hendren<br>3410 Far West Blvd.<br>Suite 200<br>Austin, Texas 78731 |
| McLennan County (Farm to Market Rd Tax )<br>P.O. Box 406<br>Waco, Texas 76703 | Meridian Financial Svc<br>xxx8594<br>21 Overland Industrial B<br>Asheville, NC 28806 | Target Nb<br>xxxxxxxx0529<br>Po Box 673<br>Minneapolis, MN 55440 |
| McLennan County -Civil Dept<br>P.O. Box 1727<br>Waco,Texas 76703-1727 | Mid Tex Anesthesia Associates<br>xxxxx131G<br>Po Box 224137<br>Dallas ,Texas 75222-4137 | Trans Union Corp<br>Attn: Public Records Dept<br>555 West Adams St<br>Chicago, IL 60661 |
| McLennan County Tax Office<br>P.O. Box 406<br>Waco, Texas 76703 | Mid Tex Anesthesia Associates<br>xxxx9617<br>405 Londonderry<br>Waco Tx 76712 | United States Trustee<br>903 San Jacinto<br>Suite 230<br>Austin, Texas 78701 |
| Merchants & Professionals Credit Burea<br>11921 N Mopac Expressway # 210<br>Austin,Texas 78759 | Patient Financial Service<br>xxxxxx4962<br>P.O. Box 659458<br>San Antonio, TX 78265-9458 | University Mc At Brackenridge-In<br>xxxxxx4962<br>P.O. Box 695498<br>San Antonio, TX 78265-9458 |
| Merchants&professional<br>xxx6129<br>11921 N Mo Pac Expy Ste<br>Austin, TX 78759 | Patient Financial Service<br>xxxxxx4911<br>P.O. Box 659458<br>San Antonio, TX 78265-9458 | Vanderbilt Mortgage<br>xx1604<br>500 Alcoa Trail<br>Maryville, TN 37804 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

IN RE: **Jeanette S. Miller**   CASE NO. **10-61088**
*Debtor*

CHAPTER **13**

*Joint Debtor*

## CERTIFICATE OF SERVICE
(Continuation Sheet #3)

Waco Gastroenterology
xxxx29-00
364 Richland W Circle
Waco TX 76712-7919


Waco Gastroenterology
x29-00
364 Richland W Circle
Waco TX 76712-7919


Waco Pathology Assoc PA
xxxxx-xWPA1
P.O. Box 103
Rockwall TX 75087


Wf Fin Bank
xxxxxxxx0415
Wells Fargo Financial
4137 121st St
Urbendale, IA 50323

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

IN RE: Jeanette S. Miller, Debtor

CASE NO 10-61088

CHAPTER 13

# PROPOSED PAYMENT SCHEDULE FOR CHAPTER 13 PLAN (PRO FORMA)

The following payment schedule is a projection of the anticipated payments to be made to the creditors under the plan. This Pro Forma serves as support documentation to the debtor's proposed plan. Actual distributions by the Chapter 13 Trustee may vary.

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 1 | MONTH 2 | MONTH 3 | MONTH 4 | MONTH 5 | MONTH 6 |
|---|---|---|---|---|---|---|---|---|---|
| Citimortgage Inc | $8,350.00 | 0.00% | $0.00 | $145.64 | $145.44 | $145.23 | $145.01 | $144.80 | $144.59 |
| Educators Credit Union | $5,334.00 | 5.50% | $803.70 | $93.47 | $93.76 | $94.05 | $94.35 | $94.64 | $94.94 |
| Hsbc/rmstr | $767.00 | 0.00% | $0.00 | $13.38 | $13.36 | $13.34 | $13.32 | $13.31 | $13.28 |
| Law Offices of Ed L Laughlin P | $2,500.00 | 0.00% | $0.00 | $43.61 | $43.54 | $43.48 | $43.42 | $43.35 | $43.29 |
| BEGINNING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEBTOR'S PAYMENT TO TRUSTEE: | | | | $329.00 | $329.00 | $329.00 | $329.00 | $329.00 | $329.00 |
| NEW BALANCE: | | | | $329.00 | $329.00 | $329.00 | $329.00 | $329.00 | $329.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | | $296.10 | $296.10 | $296.10 | $296.10 | $296.10 | $296.10 |
| DISTRIBUTION TO GENERAL UNSECUREDS: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | | $32.90 | $32.90 | $32.90 | $32.90 | $32.90 | $32.90 |
| ENDING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 7 | MONTH 8 | MONTH 9 | MONTH 10 | MONTH 11 | MONTH 12 |
|---|---|---|---|---|---|---|---|---|---|
| Citimortgage Inc | $8,350.00 | 0.00% | $0.00 | $144.38 | $144.16 | $143.95 | $143.74 | $143.52 | $143.31 |
| Educators Credit Union | $5,334.00 | 5.50% | $803.70 | $95.23 | $95.53 | $95.83 | $96.12 | $96.42 | $96.72 |
| Hsbc/rmstr | $767.00 | 0.00% | $0.00 | $13.26 | $13.25 | $13.22 | $13.20 | $13.19 | $13.16 |
| Law Offices of Ed L Laughlin P | $2,500.00 | 0.00% | $0.00 | $43.23 | $43.16 | $43.10 | $43.04 | $42.97 | $42.91 |
| BEGINNING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEBTOR'S PAYMENT TO TRUSTEE: | | | | $329.00 | $329.00 | $329.00 | $329.00 | $329.00 | $329.00 |
| NEW BALANCE: | | | | $329.00 | $329.00 | $329.00 | $329.00 | $329.00 | $329.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | | $296.10 | $296.10 | $296.10 | $296.10 | $296.10 | $296.10 |
| DISTRIBUTION TO GENERAL UNSECUREDS: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | | $32.90 | $32.90 | $32.90 | $32.90 | $32.90 | $32.90 |
| ENDING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 13 | MONTH 14 | MONTH 15 | MONTH 16 | MONTH 17 | MONTH 18 |
|---|---|---|---|---|---|---|---|---|---|
| Citimortgage Inc | $8,350.00 | 0.00% | $0.00 | $143.10 | $142.89 | $142.67 | $142.45 | $142.23 | $142.02 |
| Educators Credit Union | $5,334.00 | 5.50% | $803.70 | $97.01 | $97.31 | $97.61 | $97.91 | $98.21 | $98.51 |
| Hsbc/rmstr | $767.00 | 0.00% | $0.00 | $13.15 | $13.12 | $13.10 | $13.09 | $13.07 | $13.05 |
| Law Offices of Ed L Laughlin P | $2,500.00 | 0.00% | $0.00 | $42.84 | $42.78 | $42.72 | $42.65 | $42.59 | $42.52 |
| BEGINNING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEBTOR'S PAYMENT TO TRUSTEE: | | | | $329.00 | $329.00 | $329.00 | $329.00 | $329.00 | $329.00 |
| NEW BALANCE: | | | | $329.00 | $329.00 | $329.00 | $329.00 | $329.00 | $329.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | | $296.10 | $296.10 | $296.10 | $296.10 | $296.10 | $296.10 |
| DISTRIBUTION TO GENERAL UNSECUREDS: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | | $32.90 | $32.90 | $32.90 | $32.90 | $32.90 | $32.90 |
| ENDING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 19 | MONTH 20 | MONTH 21 | MONTH 22 | MONTH 23 | MONTH 24 |
|---|---|---|---|---|---|---|---|---|---|
| Citimortgage Inc | $8,350.00 | 0.00% | $0.00 | $141.80 | $141.59 | $141.37 | $141.16 | $140.93 | $140.72 |
| Educators Credit Union | $5,334.00 | 5.50% | $803.70 | $98.81 | $99.11 | $99.41 | $99.71 | $100.02 | $100.32 |
| Hsbc/rmstr | $767.00 | 0.00% | $0.00 | $13.03 | $13.01 | $12.99 | $12.97 | $12.95 | $12.93 |
| Law Offices of Ed L Laughlin P | $2,500.00 | 0.00% | $0.00 | $42.46 | $42.39 | $42.33 | $42.26 | $42.20 | $42.13 |
| BEGINNING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEBTOR'S PAYMENT TO TRUSTEE: | | | | $329.00 | $329.00 | $329.00 | $329.00 | $329.00 | $329.00 |
| NEW BALANCE: | | | | $329.00 | $329.00 | $329.00 | $329.00 | $329.00 | $329.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | | $296.10 | $296.10 | $296.10 | $296.10 | $296.10 | $296.10 |
| DISTRIBUTION TO GENERAL UNSECUREDS: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | | $32.90 | $32.90 | $32.90 | $32.90 | $32.90 | $32.90 |
| ENDING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 25 | MONTH 26 | MONTH 27 | MONTH 28 | MONTH 29 | MONTH 30 |
|---|---|---|---|---|---|---|---|---|---|
| Citimortgage Inc | $8,350.00 | 0.00% | $0.00 | $140.51 | $140.28 | $140.07 | $139.85 | $139.63 | $139.41 |
| Educators Credit Union | $5,334.00 | 5.50% | $803.70 | $100.62 | $100.93 | $101.23 | $101.54 | $101.84 | $102.15 |
| Hsbc/rmstr | $767.00 | 0.00% | $0.00 | $12.90 | $12.89 | $12.86 | $12.84 | $12.83 | $12.80 |
| Law Offices of Ed L Laughlin P | $2,500.00 | 0.00% | $0.00 | $42.07 | $42.00 | $41.94 | $41.87 | $41.80 | $41.74 |

|  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|
|  | BEGINNING BALANCE: | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | DEBTOR'S PAYMENT TO TRUSTEE: | | $329.00 | $329.00 | $329.00 | $329.00 | $329.00 | $329.00 |
|  | NEW BALANCE: | | $329.00 | $329.00 | $329.00 | $329.00 | $329.00 | $329.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | **$296.10** | **$296.10** | **$296.10** | **$296.10** | **$296.10** | **$296.10** |
|  | DISTRIBUTION TO GENERAL UNSECUREDS: | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | $32.90 | $32.90 | $32.90 | $32.90 | $32.90 | $32.90 |
|  | ENDING BALANCE: | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 31 | MONTH 32 | MONTH 33 | MONTH 34 | MONTH 35 | MONTH 36 |
|---|---|---|---|---|---|---|---|---|---|
| Citimortgage Inc | $8,350.00 | 0.00% | $0.00 | $139.19 | $138.97 | $138.75 | $138.53 | $138.31 | $138.08 |
| Educators Credit Union | $5,334.00 | 5.50% | $803.70 | $102.45 | $102.76 | $103.07 | $103.37 | $103.68 | $103.99 |
| Hsbc/rmstr | $767.00 | 0.00% | $0.00 | $12.79 | $12.76 | $12.74 | $12.73 | $12.70 | $12.69 |
| Law Offices of Ed L Laughlin P | $2,500.00 | 0.00% | $0.00 | $41.67 | $41.61 | $41.54 | $41.47 | $41.41 | $41.34 |

|  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|
|  | BEGINNING BALANCE: | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | DEBTOR'S PAYMENT TO TRUSTEE: | | $329.00 | $329.00 | $329.00 | $329.00 | $329.00 | $329.00 |
|  | NEW BALANCE: | | $329.00 | $329.00 | $329.00 | $329.00 | $329.00 | $329.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | **$296.10** | **$296.10** | **$296.10** | **$296.10** | **$296.10** | **$296.10** |
|  | DISTRIBUTION TO GENERAL UNSECUREDS: | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | $32.90 | $32.90 | $32.90 | $32.90 | $32.90 | $32.90 |
|  | ENDING BALANCE: | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 37 | MONTH 38 | MONTH 39 | MONTH 40 | MONTH 41 | MONTH 42 |
|---|---|---|---|---|---|---|---|---|---|
| Citimortgage Inc | $8,350.00 | 0.00% | $0.00 | $137.86 | $137.64 | $137.42 | $137.19 | $136.97 | $136.75 |
| Educators Credit Union | $5,334.00 | 5.50% | $803.70 | $104.30 | $104.61 | $104.92 | $105.23 | $105.54 | $105.85 |
| Hsbc/rmstr | $767.00 | 0.00% | $0.00 | $12.66 | $12.64 | $12.62 | $12.60 | $12.58 | $12.56 |
| Law Offices of Ed L Laughlin P | $2,500.00 | 0.00% | $0.00 | $41.28 | $41.21 | $41.14 | $41.08 | $41.01 | $40.94 |

|  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|
|  | BEGINNING BALANCE: | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | DEBTOR'S PAYMENT TO TRUSTEE: | | $329.00 | $329.00 | $329.00 | $329.00 | $329.00 | $329.00 |
|  | NEW BALANCE: | | $329.00 | $329.00 | $329.00 | $329.00 | $329.00 | $329.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | **$296.10** | **$296.10** | **$296.10** | **$296.10** | **$296.10** | **$296.10** |
|  | DISTRIBUTION TO GENERAL UNSECUREDS: | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | $32.90 | $32.90 | $32.90 | $32.90 | $32.90 | $32.90 |
|  | ENDING BALANCE: | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 43 | MONTH 44 | MONTH 45 | MONTH 46 | MONTH 47 | MONTH 48 |
|---|---|---|---|---|---|---|---|---|---|
| Citimortgage Inc | $8,350.00 | 0.00% | $0.00 | $136.52 | $136.30 | $136.08 | $135.85 | $135.62 | $135.40 |
| Educators Credit Union | $5,334.00 | 5.50% | $803.70 | $106.16 | $106.47 | $106.78 | $107.10 | $107.41 | $107.72 |
| Hsbc/rmstr | $767.00 | 0.00% | $0.00 | $12.54 | $12.52 | $12.50 | $12.48 | $12.46 | $12.44 |
| Law Offices of Ed L Laughlin P | $2,500.00 | 0.00% | $0.00 | $40.88 | $40.81 | $40.74 | $40.67 | $40.61 | $40.54 |

|  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|
|  | BEGINNING BALANCE: | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | DEBTOR'S PAYMENT TO TRUSTEE: | | $329.00 | $329.00 | $329.00 | $329.00 | $329.00 | $329.00 |
|  | NEW BALANCE: | | $329.00 | $329.00 | $329.00 | $329.00 | $329.00 | $329.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | **$296.10** | **$296.10** | **$296.10** | **$296.10** | **$296.10** | **$296.10** |
|  | DISTRIBUTION TO GENERAL UNSECUREDS: | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | $32.90 | $32.90 | $32.90 | $32.90 | $32.90 | $32.90 |
|  | ENDING BALANCE: | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 49 | MONTH 50 | MONTH 51 | MONTH 52 | MONTH 53 | MONTH 54 |
|---|---|---|---|---|---|---|---|---|---|
| Citimortgage Inc | $8,350.00 | 0.00% | $0.00 | $135.17 | $134.95 | $134.73 | $134.50 | $134.27 | $134.05 |
| Educators Credit Union | $5,334.00 | 5.50% | $803.70 | $108.04 | $108.35 | $108.66 | $108.98 | $109.30 | $109.61 |
| Hsbc/rmstr | $767.00 | 0.00% | $0.00 | $12.42 | $12.40 | $12.37 | $12.35 | $12.33 | $12.31 |
| Law Offices of Ed L Laughlin P | $2,500.00 | 0.00% | $0.00 | $40.47 | $40.40 | $40.34 | $40.27 | $40.20 | $40.13 |

|  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|
|  | BEGINNING BALANCE: | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | DEBTOR'S PAYMENT TO TRUSTEE: | | $329.00 | $329.00 | $329.00 | $329.00 | $329.00 | $329.00 |
|  | NEW BALANCE: | | $329.00 | $329.00 | $329.00 | $329.00 | $329.00 | $329.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | **$296.10** | **$296.10** | **$296.10** | **$296.10** | **$296.10** | **$296.10** |
|  | DISTRIBUTION TO GENERAL UNSECUREDS: | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | $32.90 | $32.90 | $32.90 | $32.90 | $32.90 | $32.90 |
|  | ENDING BALANCE: | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 55 | MONTH 56 | MONTH 57 | MONTH 58 | MONTH 59 | MONTH 60 |
|---|---|---|---|---|---|---|---|---|---|
| Citimortgage Inc | $8,350.00 | 0.00% | $0.00 | $133.82 | $133.59 | $133.36 | $133.14 | $132.91 | $127.63 |
| Educators Credit Union | $5,334.00 | 5.50% | $803.70 | $109.93 | $110.24 | $110.56 | $110.87 | $111.19 | $107.25 |
| Hsbc/rmstr | $767.00 | 0.00% | $0.00 | $12.29 | $12.27 | $12.25 | $12.23 | $12.21 | $11.71 |
| Law Offices of Ed L Laughlin P | $2,500.00 | 0.00% | $0.00 | $40.06 | $40.00 | $39.93 | $39.86 | $39.79 | $38.21 |

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

IN RE: Jeanette S. Miller, Debtor     CASE NO    **10-61088**

CHAPTER    **13**

| | | | | | | |
|---|---:|---:|---:|---:|---:|---:|
| BEGINNING BALANCE: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEBTOR'S PAYMENT TO TRUSTEE: | $329.00 | $329.00 | $329.00 | $329.00 | $329.00 | $329.00 |
| NEW BALANCE: | $329.00 | $329.00 | $329.00 | $329.00 | $329.00 | $329.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | **$296.10** | **$296.10** | **$296.10** | **$296.10** | **$296.10** | **$284.80** |
| DISTRIBUTION TO GENERAL UNSECUREDS: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $11.30 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | $32.90 | $32.90 | $32.90 | $32.90 | $32.90 | $32.90 |
| ENDING BALANCE: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

B6I (Official Form 6I) (12/07)

In re **Jeanette S. Miller**                                    Case No. **10-61088**
                                                                                                 (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | Dependents of Debtor and Spouse | | | |
|---|---|---|---|---|
| **Married** | Relationship(s): Spouse<br>                      Son | Age(s):<br>1 | Relationship(s): | Age(s): |

| Employment: | Debtor | Spouse |
|---|---|---|
| Occupation | Nurse | Stay at home Dad |
| Name of Employer | Providence | |
| How Long Employed | 9 Years | |
| Address of Employer | 6901 Medical Parkway<br>Waco, Texas 76712 | |

| | INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. | Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $4,205.50 | $0.00 |
| 2. | Estimate monthly overtime | $0.00 | $0.00 |
| 3. | SUBTOTAL | $4,205.50 | $0.00 |
| 4. | LESS PAYROLL DEDUCTIONS | | |
| | a. Payroll taxes (includes social security tax if b. is zero) | $590.29 | $0.00 |
| | b. Social Security Tax | $247.65 | $0.00 |
| | c. Medicare | $57.92 | $0.00 |
| | d. Insurance | $211.25 | $0.00 |
| | e. Union dues | $0.00 | $0.00 |
| | f. Retirement | $0.00 | $0.00 |
| | g. Other (Specify)    Cafeteria Deductions | $40.82 | $0.00 |
| | h. Other (Specify)    403b Tax Deferral | $56.33 | $0.00 |
| | i. Other (Specify) | $0.00 | $0.00 |
| | j. Other (Specify) | $0.00 | $0.00 |
| | k. Other (Specify) | $0.00 | $0.00 |
| 5. | SUBTOTAL OF PAYROLL DEDUCTIONS | $1,204.26 | $0.00 |
| 6. | TOTAL NET MONTHLY TAKE HOME PAY | $3,001.24 | $0.00 |
| 7. | Regular income from operation of business or profession or farm (Attach detailed stmt) | $0.00 | $0.00 |
| 8. | Income from real property | $0.00 | $0.00 |
| 9. | Interest and dividends | $0.00 | $0.00 |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $0.00 | $0.00 |
| 11. | Social security or government assistance (Specify): | | |
| | | $0.00 | $0.00 |
| 12. | Pension or retirement income | $0.00 | $0.00 |
| 13. | Other monthly income (Specify): | | |
| | a. Pro Rated Income Tax Refund | $500.00 | $0.00 |
| | b. | $0.00 | $0.00 |
| | c. | $0.00 | $0.00 |
| 14. | SUBTOTAL OF LINES 7 THROUGH 13 | $500.00 | $0.00 |
| 15. | AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $3,501.24 | $0.00 |
| 16. | COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $3,501.24 | |

                                                                (Report also on Summary of Schedules and, if applicable,
                                                                 on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None.**

B6J (Official Form 6J) (12/07)
IN RE: **Jeanette S. Miller**  Case No. **10-61088**
(if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home)<br>    a. Are real estate taxes included? ☑ Yes ☐ No<br>    b. Is property insurance included? ☑ Yes ☐ No | $1,106.00 |
| 2. Utilities: a. Electricity and heating fuel | $275.00 |
|     b. Water and sewer | $85.00 |
|     c. Telephone | |
|     d. Other: Internet | $68.00 |
| 3. Home maintenance (repairs and upkeep) | $50.00 |
| 4. Food | $600.00 |
| 5. Clothing | $75.00 |
| 6. Laundry and dry cleaning | $25.00 |
| 7. Medical and dental expenses | $100.00 |
| 8. Transportation (not including car payments) | $350.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $50.00 |
| 10. Charitable contributions | |
| 11. Insurance (not deducted from wages or included in home mortgage payments)<br>    a. Homeowner's or renter's<br>    b. Life<br>    c. Health<br>    d. Auto<br>    e. Other: | <br><br>$80.00<br><br>$100.00<br> |
| 12. Taxes (not deducted from wages or included in home mortgage payments)<br>Specify: | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan)<br>    a. Auto:<br>    b. Other:<br>    c. Other:<br>    d. Other: | |
| 14. Alimony, maintenance, and support paid to others:<br>15. Payments for support of add'l dependents not living at your home:<br>16. Regular expenses from operation of business, profession, or farm (attach detailed statement)<br>17.a. Other: See attached personal expenses<br>17.b. Other: | <br><br><br>$235.00<br> |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | **$3,199.00** |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document: **None.** | |
| 20. STATEMENT OF MONTHLY NET INCOME<br>a. Average monthly income from Line 15 of Schedule I<br>b. Average monthly expenses from Line 18 above<br>c. Monthly net income (a. minus b.) | <br>$3,501.24<br>$3,199.00<br>$302.24 |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

IN RE: Jeanette S. Miller     CASE NO   10-61088

CHAPTER   13

## EXHIBIT TO SCHEDULE J

## Itemized Personal Expenses

| Expense | Amount |
|---|---|
| Cell Phones | $110.00 |
| Pet Expenses | $75.00 |
| Personal Grooming | $50.00 |
| Total > | $235.00 |